IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VINCENT SCARDINA,** : | |
| Petitioner, : | |
| v. : | **CIVIL ACTION 07-0348-WS-M** |
| **JERRY FERRELL,** : | |
| Respondent. : | |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this petition be DENIED as time-barred and that this action be **DISMISSED**.

**DONE** this 10th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE