IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **VINCENT SCARDINA,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 07-0348-WS-M** |
| **JERRY FERRELL,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Jerry Ferrell and against Petitioner Vincent Scardina.

**DONE** this 10th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE